AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | ) | |
|---|---|---|
| Burns, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:25-cv-01999 |
| City of New York, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs .

Date: 03/10/2025

/s/ Elena Cohen
*Attorney's signature*

Elena Cohen, 4974796
*Printed name and bar number*

Cohen&Green P.L.L.C.
1639 Centre St., Suite 216
Ridgewood, NY 11385

*Address*

elena@femmelaw.com
*E-mail address*

(929) 888-9650
*Telephone number*

(929) 888-9457
*FAX number*