UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

| | |
|---|---|
| Janet Burns, Emily Seieroe, Radmila Djordjevic, Ibrahima Mbaye, Hannah Lillevoy, David Rada, Dai'Ja Spaulding, Christopher Amparo, Aminata Sam, Shameely Azanedo, and Senayda Recinos, | INDEX  25-cv-01999<br>ECF CASE<br><br>Notice of Appearance |

Plaintiff,

v.

City of New York; Former Mayor Bill De Blasio;
Former NYPD Commissioner Dermot Shea; and
Former NYPD Chief of Department Terence Monahan,
Defendants.

-------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for Plaintiffs - Janet Burns, Emily Seieroe, Radmila Djordjevic, Ibrahima Mbaye, Hannah Lillevoy, David Rada, Dai'Ja Spaulding, Christopher Amparo, Aminata Sam, Shameely Azanedo, and Senayda Recinos, and requests that all future papers in this action be served upon the undersigned at the address stated below.

Dated: New York, New York
       March 10, 2025

                                        /s/ Wylie Stecklow
                                        Wylie Stecklow PLLC
                                        Wylie M. Stecklow, Esq.
                                        Carnegie Hall Tower
                                        152 W. 57TH Street, 8th Floor
                                        New York, NY 10019
                                        Co-Counsel for Plaintiffs
                                        (212) 566 8000 / ECF@WylieLAW.com

TO: All Counsel (By ECF)