```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/12/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
:
JANET BURNS, *et al.*,                                             :
:
                                   Plaintiffs,    :    1:25-cv-1999-GHW
:
            -v -                                   :    ORDER REFERRING CASE
:    TO MAGISTRATE JUDGE
CITY OF NEW YORK, *et al.*,                                        :
:
                                   Defendants.    :
:
------------------------------------------------------------------ X

The above entitled action is referred to a United States magistrate judge for the following purpose:

 X  General pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific non-dispositive motion/dispute: _____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

___ Settlement

___ Inquest after default/damages hearing

___ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. § 636(c) for limited purpose (*e.g.*, dispositive motion, preliminary injunction)

   Purpose: _____

___ Habeas corpus

___ Social Security

 X  Dispositive motion (*i.e.*, motion requiring Report and Recommendation)

   Specific motion: _____

   All such motions:  X 

        SO ORDERED.

Dated:  March 12, 2025
        New York, New York

                                                              _____
                                                              GREGORY H. WOODS
                                                              United States District Judge