

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NEW YORK 10007

**ZOE RESZYTNIAK**
*Assistant Corporation Counsel*
phone: (212) 356-2547
fax: (212) 356-3509
zreszytn@law.nyc.gov

> The motion is granted. Defendants have until July 3, 2025 to respond to the operative complaint.
>
> The Clerk of Court is respectfully requested to terminate ECF 18.
>
> Date: 5/30/2025
> New York, NY
>
> SO ORDERED
> ROBYN F. TARNOFSKY
> UNITED STATES MAGISTRATE JUDGE

**VIA ECF**
Honorable Robyn F. Tarnofsky
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    Burns, et al., v. the City of New York, et al.,
                25 Civ. 01999 (GHW) (RFT)

Your Honor:

      I am one of the attorneys in the Special Federal Litigation Division of the New York City Law Department representing Defendants the City of New York ("City"), former Mayor Bill De Blasio, former New York City Police Department Commissioner Dermot Shea, and former New York City Police Department Chief of Department Terence Monahan (hereinafter "Defendants") in the above-referenced matter. Defendants write to request a thirty (30) day extension of time to respond to the First Amended Complaint, from June 3, 2025, to July 3, 2025. This is the second request. Plaintiffs consent to this request.

      As a threshold matter, the undersigned sincerely apologizes for the untimeliness of this application pursuant to Your Honor's Individual Rule I.E requiring applications for extensions of time to be made one week in advance of the deadline. This was due to an inadvertent oversight in conflating Judges Woods' Individual Rules, which require extension requests to be made within two business days, with Your Honor's, and has been noted for future reference to avoid this issue moving forward.

      By way of relevant background, on March 10, 2025, Plaintiffs filed the Complaint. See ECF No. 1. On March 13, 2025, Plaintiffs filed the First Amended Complaint and claim, *inter alia*, that they were falsely arrested between May 28, 2020 and November 5, 2020 in various locations in New York City. See ECF No. 11. On April 2, 2025, Defendants requested their first extension of time to respond to the First Amended Complaint, as additional time was required to investigate Plaintiffs' allegations. See ECF No. 16. More specifically, Defendants' initial enlargement application indicated that they had requested, and were awaiting the receipt of, executed authorizations from Plaintiffs for the release of the underlying criminal records that are, upon information and belief, sealed pursuant to NYCPL § 160.50 (1)(d). See id. On April 3, 2025, the Court granted this request. See ECF No. 17.

At this time, Defendants have received the executed authorizations from Plaintiffs' counsel, and are awaiting the receipt of the relevant records. As these records are necessary for Defendants to properly assess this matter in order to intelligently respond to the First Amended Complaint, an additional thirty (30) day extension of time will allow for Defendants to receive the records and review them pursuant to their obligations under Rule 11 of the Federal Rules of Civil Procedure.

Accordingly, Defendants respectfully request a thirty (30) day enlargement of time to respond to the First Amended Complaint, from June 3, 2025, to July 3, 2025.

Thank you for your time and consideration.

Respectfully submitted,

/s/ *Zoe Reszytniak*

Zoe Reszytniak
*Assistant Corporation Counsel*
Special Federal Litigation Division

CC:  **VIA ECF**
Counsel of Record