UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANET BURNS, et. al., <br><br> Plaintiffs, <br><br> -against- <br><br> CITY OF NEW YORK, et al., <br><br> Defendants. | 25-CV-1999 (GHW) (RFT) <br><br> **<u>ORDER</u>** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge**:

Defendants' request to stay this case until 30 days after the resolution of the relatedness issue raised by Plaintiffs at ECF 23 is GRANTED. (*See* ECF 24, Letter-Motion.)

The Clerk of Court is respectfully requested to stay this case and to terminate ECF 24.

Dated: August 21, 2025
New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge