

| | THE CITY OF NEW YORK | |
|---|---|---|
| **MURIEL GOODE-TRUFANT**<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NEW YORK 10007 | **ZOE RESZYTNIAK**<br>*Assistant Corporation Counsel*<br>phone: (212) 356-2547<br>fax: (212) 356-3509<br>zreszytn@law.nyc.gov |

August 26, 2025

**BY ECF**
Honorable Robyn F. Tarnofsky
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:  Burns, Janet, et al. v. City Of New York, et al.
        25-CV-1999 (GHW) (RFT)

Your Honor:

  I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, and one of the attorneys assigned to represent defendants City of New York ("the City"), former Mayor Bill De Blasio, former New York City Police Department Commissioner Dermot Shea, and former New York City Police Department Chief of Department Terence Monahan (hereinafter "defendants") in the above-referenced matter. In that capacity, defendants write to respectfully update the Court on the status of this case in lieu of a status conference scheduled for August 27, 2025 in light of the Court's August 25, 2025 Order. See ECF No. 26. Plaintiffs' position is that "[i]f a conference would be helpful to the Court, Plaintiffs are happy to appear. Plaintiffs otherwise take no position on Defendants' request."

  On August 19, 2025, defendants moved for a stay until 30 days after the resolution of the pending motions in Adewale Olukayode, et al., v. City of New York, et al., 25-CV-1232 (PAE) and Willow Friedland, et al., v. City of New York, et al., 24-CV-7064 (DLC); or until 30 days after a decision on the relatedness of this case, Olukayode, Friedland, and Adama Sow, et al., v. City of New York, et al., 21-CV-533 (CM)(GWG). See ECF No. 24. Plaintiffs did not oppose a stay until the question of relatedness is resolved but did oppose a stay beyond the resolution of that issue. See id. On August 21, 2025, the Court granted defendants' motion for a stay until 30 days after the resolution of the relatedness issue. See ECF No. 25. On August 25, 2025, the Court ordered a status conference for August 27, 2025 regarding the status of the case. See ECF No. 26.

  There has been no change to the status of this case since the Court's granting of the stay. The Honorable Judge Colleen McMahon has not ruled on the relatedness issue raised by the plaintiffs' letter in Sow. See Sow, ECF No. 216. As such, at this time, there are not any updates to provide to the Court. Thus, defendants respectfully request to adjourn the August 25, 2025 conference.

Thank you for your consideration herein.

                                                          Respectfully submitted,
                                                         /s/ *Zoe Reszytniak*
                                                         Zoe Reszytniak
                                                         *Assistant Corporation Counsel*
                                                         Special Federal Litigation Division

**CC:**    <u>**VIA ECF**</u>
            Counsel of Record