

**Muriel Goode-Trufant**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NEW YORK 10007

**Yini Zhang**
Senior Counsel
yinzhan@law.nyc.gov
Phone: (212) 356-3541

September 10, 2025

**BY ECF**
Honorable Judge Robyn F. Tarnofsky
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

> Application GRANTED. The parties are directed to follow the agreed upon briefing schedule.
>
> Dated: September 10, 2025
> New York, NY
>
> SO ORDERED
>
> *[signature]*
> **ROBYN F. TARNOFSKY**
> **UNITED STATES MAGISTRATE JUDGE**

Re:   Burns, Janet, et al. vs City Of New York, et al.
      25-CV-1999 (GHW) (RFT)

Your Honor:

      I am a Senior Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, representing defendants City of New York ("the City"), former Mayor Bill De Blasio, former New York City Police Department Commissioner Dermot Shea, and former New York City Police Department Chief of Department Terence Monahan (hereinafter "defendants") in the above referenced matter. In that capacity, I write jointly with plaintiffs' counsel, J. Remy Green, Esq., to provide the Court with a status update pursuant to the Court's August 28, 2025 Order. ECF No. 29.

      The parties will not be stipulating to any agreement regarding the pending motions to dismiss in Adewale Olukayode, et al., v. City of New York, et al., 25-CV-1232 (PAE); and Willow Friedland, et al., v. City of New York, et al., 24-CV-7064 (DLC).

      Defendants will be filing a motion to dismiss the Second Amended Complaint, and the parties have agree to the following briefing schedule:

- Defendants' Motion to Dismiss by October 1, 2025

- Plaintiffs' Opposition by November 14, 2025

- Defendants' Reply by December 5, 2025.

Thank you for your consideration.

> Respectfully submitted,
>
> /s/ *Yini Zhang*
>
> Yini Zhang
> Senior Counsel
> Special Federal Litigation Division

cc: Counsels of Record (By ECF)