UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

JANET BURNS, EMILY SEIEROE, RADMILA DJORDJEVIC, IBRAHIMA MBAYE, HANK LILLEVOY, DAI'JA SPAULDING, CHRISTOPHER AMPARO, AMINATA SAM, and SHAMEELY AZANEDO,

                              Plaintiffs,

     -against-

CITY OF NEW YORK, FORMER MAYOR BILL DE BLASIO; FORMER NYPD COMMISSIONER DERMOT SHEA; and FORMER NYPD CHIEF OF DEPARTMENT TERENCE MONAHAN,

                              Defendants.

------------------------------------------------------------------------ x

**NOTICE OF MOTION**

25 Civ. 01999 (GHW) (RFT)

        **PLEASE TAKE NOTICE** that Defendants City of New York ("the City"), Former Mayor Bill De Blasio, Former New York City Police Department Commissioner Dermot Shea, and Former New York City Police Department Chief of Department Terence Monahan (hereinafter "Defendants"), upon the Declaration of Assistant Corporation Counsel Zoe Reszytniak, dated October 1, 2025, and the exhibit attached thereto; the accompanying Memorandum of Law, dated October 1, 2025, and upon all prior pleadings and proceedings had herein, will move this Court before the Honorable Robyn F. Tarnofsky, United States Magistrate Judge, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York, at a date and time to be determined by the Court, for an Order, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, of dismissal with prejudice, together with such other relief as the Court deems just and proper on the grounds that Plaintiffs have failed to state a claim against Defendants upon which relief can be granted.

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs' opposition, if any, shall be filed by November 14, 2025; and

**PLEASE TAKE FURTHER NOTICE** that Defendants' reply, if any, shall be filed by December 5, 2025.

Dated:   New York, New York
         October 1, 2025

        **MURIEL GOODE-TRUFANT**
        Corporation Counsel of the City of New York
        *Attorney for Defendants*
        100 Church Street
        New York, New York 10007
        (212) 356-2547

By:   /s/ *Zoe Reszytniak*
      Zoe Reszytniak
      *Assistant Corporation Counsel*
      Special Federal Litigation Division

CC:   <u>VIA ECF</u>
      All Counsel of Record