# Exhibit A

## Amended Schedule A: List of Protest Locations[1]

| Protest No. | Date | Approximate Location | Complaint Allegations |
|---|---|---|---|
| 1 | May 28, 2020 | Lafayette Street to City Hall, Manhattan | *People*, ¶ 51<br>*Sow*, ¶ 65 |
| 2 | May 28, 2020 | Union Square, Manhattan | *People*, ¶¶ 128-132<br>*Payne*, ¶ 44<br>*Sow*, ¶ 65 |
| 3 | May 29, 2020 | Foley Square Manhattan to Near Barclays Center, Brooklyn via Brooklyn Bridge | *People*, ¶¶ 52, 193-195, 196-202<br>*Payne*, ¶ 45<br>*Sow*, ¶ 65<br>*Wood*, ¶¶ 45-47<br>*Rolon*, ¶ 105 |
| 4 | May 29, 2020 | Clinton Hill, Brooklyn | *People*, ¶¶ 52, 133-140, 223-226 |
| 5 | May 29, 2020 | Fort Greene, Brooklyn | *People*, ¶ 52 |
| 6 | May 29, 2020 | Bedford-Stuyvesant, Brooklyn (Herbert von King Park), Brooklyn | *People*, ¶¶ 141-149, 161-163 |
| 7 | May 29, 2020 | Pacific Street and Flatbush Avenue, Brooklyn | *People*, ¶¶ 215-219<br>*Wood*, ¶¶ 48-50<br>*Gray* ¶¶ 96-101 |
| 8 | May 29, 2020 | Union Square, Manhattan | *People*, ¶ 52 |
| 9 | May 29, 2020 | Herald Square, Manhattan | *People*, ¶ 52 |
| 10 | May 30, 2020 | Jackson Heights, Queens | *People*, ¶ 53 |
| 11 | May 30, 2020 | Park Slope, Brooklyn | *People*, ¶ 53 |
| 12 | May 30, 2020 | East Flatbush, Brooklyn | *People*, ¶¶ 53, 312-317<br>*Sow*, ¶ 67 |
| 13 | May 30, 2020 | Near Bedford & Tilden Aves., Brooklyn | *People*, ¶¶ 178-192, 235-236 |
| 14 | May 30-31, 2020 | Barclays Center to Flatbush Extension, Brooklyn | *People*, ¶¶ 203-207, 107-114<br>*Payne*, ¶¶ 47-48, 107-115 |
| 15 | May 30, 2020 | Harlem / West Side Highway, Manhattan | *People*, ¶¶ 402-407 |
| 16 | May 30, 2020 | Union Square to FDR Drive/Lower East Side, Manhattan | *Payne*, ¶¶ 50, 117-123<br>*Sow*, ¶¶ 130-151 |

---

[1] The allegations listed in this table reference those in the Amended Complaints in *People,* No. 21 Civ. 322 (ECF No. 51), *Payne*, No. 20 Civ. 8224 (ECF No. 54), *Sierra*, No. 20 Civ. 10291 (ECF No. 38), *Sow*, 21 Civ. 533 (ECF No. 49) *Wood*, 20 Civ. 10541 (ECF No. 48), *Gray*, 20 Civ. 8924 (ECF No. 31) and the Complaints *Hernandez*, No. 21 Civ. 7406 (ECF No. 1) and *Rolon*, No. 21 Civ. 2548 (ECF No. 1). The allegations related to *Yates*, which is no longer active, have been deleted.

| Protest No. | Date | Approximate Location | Complaint Allegations |
|---|---|---|---|
| | | | *Gray,* ¶¶ 58-65 |
| 17 | May 30, 2020 | City Hall to Brooklyn Bridge, Manhattan | *Sow,* ¶¶ 152-177 |
| 18 | May 31, 2020 | Near Barclays Center, Brooklyn | *People,* ¶ 54<br>*Sow,* ¶ 68 |
| 19 | May 31, 2020 | Downtown Brooklyn to multiple bridges | *People,* ¶ 54 |
| 20 | May 31, 2020 | Brooklyn Bridge | *People,* ¶ 54 |
| 21 | May 31, 2020 | From Manhattan Bridge to Chinatown, Church Avenue, and/or across Canal Street, Manhattan | *People,* ¶ 54<br>*Wood,* ¶¶ 51-54<br>*Gray* ¶¶ 80-84 |
| 22 | May 31, 2020 | Near Williamsburg Bridge, Manhattan | *People,* ¶ 54 |
| 23 | May 31, 2020 | Broadway to E. 11th St. & Near Union Square, Manhattan | *People,* ¶¶ 155-160, 231-234<br><br>*Payne,* ¶¶ 125-130 |
| 24 | May 31, 2020 | Times Square, Manhattan | *People,* ¶ 54 |
| 25 | May 31, 2020 | F.D.R. Drive, Manhattan | *People,* ¶¶ 208-210 |
| 26 | June 1, 2020 | Midtown, Manhattan | *People,* ¶¶ 55, 227-230<br>*Payne,* ¶ 53<br>*Sow,* ¶¶ 208-219<br>*Rolon,* ¶84 |
| 27 | June 1, 2020 | East Village, Manhattan | *People,* ¶ 55 |
| 28 | June 1, 2020 | Near Union Square Park, Manhattan | *People,* ¶ 55<br>*Payne,* ¶ 53 |
| 28.1 | June 1, 2020 | 440 Broadway, Manhattan | *Gray,* ¶¶ 80-84 |
| 29 | June 1, 2020 | Near Barclays Center, Brooklyn, Crossing Manhattan Bridge into Times Square & Near Port Authority, Manhattan | *People,* ¶ 55<br>*Sow,* ¶¶ 180-206 |
| 30 | June 1, 2020 | Fordham Manor, Bronx | *People,* ¶ 55 |
| 31 | June 1, 2020 | Astoria Park, Queens | *People,* ¶ 55 |
| 32 | June 1, 2020 | Flushing, Queens | *People,* ¶ 55 |
| 33 | June 2, 2020 | Lower Manhattan/Foley Square to Central Park, Manhattan | *People,* ¶¶ 56, 318-323<br>*Payne,* ¶¶ 131-136<br>*Gray,* ¶¶ 74-79 |
| 34 | June 2, 2020 | Union Square, Manhattan | *People,* ¶¶ 56 |
| 35 | June 2, 2020 | Near Barclays Center, Brooklyn to Manhattan Bridge | *People,* ¶¶ 330-336 |
| 36 | June 2, 2020 | Upper West Side, Manhattan | *People,* ¶¶ 56, 423-430 |
| 37 | June 2, 2020 | Astor Place, Manhattan | *People,* ¶ 56 |
| 38 | June 2, 2020 | Chelsea, Manhattan | *People,* ¶ 56<br>*Payne,* ¶ 54 |

| <u>Protest No.</u> | <u>Date</u> | <u>Approximate Location</u> | <u>Complaint Allegations</u> |
|---|---|---|---|
| 39 | June 2, 2020 | Near West Side Highway, Manhattan | *Payne*, ¶ 54<br>*Sow*, ¶¶ 220-237, 239-282 |
| 40 | June 2, 2020 | Bryant Park to Midtown, Manhattan | *People*, ¶ 57<br>*Wood*, ¶¶ 55-59 |
| 41 | June 3, 2020 | Cadman Plaza, Brooklyn | *People*, ¶¶ 57, 164-168, 337-346<br>*Payne*, ¶¶ 55, 143-159<br>*Sow*, ¶ 83<br>*Wood*, ¶¶ 65-66 |
| 42 | June 3, 2020 | Maria Hernandez Park, Brooklyn | *People*, ¶ 57 |
| 43 | June 3, 2020 | Midtown East/Upper East Side, Manhattan | *People*, ¶¶ 57, 237-246, 347-354<br>*Sow*, ¶ 84-85, 284-309<br>*Wood*, ¶¶ 60-64 |
| 44 | June 4, 2020 | Mott Haven, Bronx | *People*, ¶¶ 58, 169-170, 247-255, 284-310, 366-387<br>*Wood*, ¶¶ 116-167<br>*Payne*, ¶¶ 59-65, 161-173, 182-192, 194-200<br>*Sierra*, ¶¶ 41-124<br>*Sow*, ¶¶ 86-93, 310-329, 332-345, 348-390, 392-418<br>*Rolon*, ¶121<br>*Hernandez*, ¶¶ 1-12, 61-421 |
| 45 | June 4, 2020 | McCarren Park to South Williamsburg, Brooklyn | *People*, ¶¶ 355-365<br>*Payne*, ¶¶ 58, 202-206<br>*Wood*, ¶¶ 67-68<br>*Sow*, ¶ 84-85 |
| 46 | June 4, 2020 | Clinton Hill and Prospect Heights, Brooklyn | *People*, ¶ 59 |
| 47 | June 4, 2020 | Flatbush, Brooklyn | *People*, ¶ 59 |
| 48 | June 4, 2020 | Brooklyn Bridge | *People*, ¶ 59 |
| 49 | June 4, 2020 | Midtown, Manhattan | *People*, ¶ 59 |
| 50 | June 4, 2020 | Flushing, Queens | *People*, ¶ 59 |
| 51 | June 4, 2020 | Central Park West, Manhattan | *People*, ¶ 59 |
| 52 | June 5, 2020 | Crown Heights, Brooklyn | *People*, ¶ 60 |
| 53 | June 5, 2020 | Sunset Park, Brooklyn | *People*, ¶ 60 |
| 54 | June 5, 2020 | Staten Island | *People*, ¶ 60 |
| 55 | June 5, 2020 | Near Gracie Mansion, Manhattan | *People*, ¶ 60 |

3

| Protest No. | Date | Approximate Location | Complaint Allegations |
|---|---|---|---|
| 56 | June 5, 2020 | Barclays Center to Downtown Brooklyn | *People*, ¶ 60 |
| 57 | June 5, 2020 | Nostrand Ave., Brooklyn | *Payne*, ¶ 71 |
| 58 | June 6, 2020 | Financial District, Manhattan | *People*, ¶ 61 |
| 59 | June 7, 2020 | Upper East Side, Manhattan | *People*, ¶ 61 |
| 60 | June 8, 2020 | Times Square, Manhattan | *People*, ¶ 61 |
| 61 | June 14, 2020 | Times Square, Manhattan | *Payne*, ¶ 74 |
| 62 | June 28, 2020 | Foley Square to West Village, Manhattan (incl. Washington Square Park) | *People*, ¶ 62<br>*Payne*, ¶¶ 78, 174-180, 209-210 |
| 63 | June 23-30, 2020 | City Hall Park, Manhattan | *Payne*, ¶ 74 |
| 64 | July 3, 2020 | City Hall Park, Manhattan | *People*, ¶ 63 |
| 65 | July 11, 2020 | Dyker Heights, Brooklyn | *Sow*, ¶ 101 |
| 66 | July 12, 2020 | Bay Ridge, Brooklyn | *Sow*, ¶ 102 |
| 67 | July 15, 2020 | Brooklyn Bridge Pedestrian Path | *People*, ¶¶ 408-421<br>*Gray*, ¶¶ 66-73 |
| 67.1 | July 21, 2020 | City Hall Plaza | |
| 67.2 | July 25, 2020 | Beach 101 St., Queens to Grand Army Plaza, Brooklyn | |
| 68 | July 28, 2020 | Kips Bay, Manhattan | *People*, ¶ 64 |
| 68.1 | July 28, 2020 | Columbus Park, Manhattan to Grand Army Plaza, Brooklyn | |
| 69 | September 11, 2020 | McCarren Park, Brooklyn | *People*, ¶ 65 |
| 69.1 | September 12, 2020 | 4295 Broadway, Manhattan | *Rolon* ¶130 |
| 70 | September 17, 2020 | Foley Square, Manhattan | *Payne*, ¶ 76 |
| 70.1 | September 18, 2020 | 26 Federal Plaza, Manhattan to McCarren Park, Brooklyn | |
| 71 | September 19, 2020 | Times Square, Manhattan | *Payne*, ¶ 77 |
| 72 | September 26, 2020 | Washington Square Park and Near Sixth Precinct Stationhouse, Manhattan | *People*, ¶ 66 |
| 73 | October 6, 2020 | Borough Park, Brooklyn | *Sow*, ¶ 103 |
| 74 | October 7, 2020 | Bedford-Stuyvesant, Brooklyn | *People*, ¶ 67 |
| 74.1 | October 21, 2020 | 740 Park Avenue, Manhattan to Carl Schurz Park, Manhattan | |

| Protest No. | Date | Approximate Location | Complaint Allegations |
|---|---|---|---|
| 75 | October 25, 2020 | Coney Island, Brooklyn to near Trump Tower, Manhattan, to Brooklyn Park | *Sow*, ¶ 104 |
| 75.1 | October 25, 2020 | 40th Pct. Stationhouse, Bronx to Carl Schurz Park, Manhattan | |
| 76 | November 1, 2020 | Hell's Kitchen, Manhattan | *Sow*, ¶ 105 |
| 77 | November 4, 2020 | Washington Square Park, W. 8th and Greenwich Ave., Manhattan | *People*, ¶¶ 68, 388-389 |
| 78 | November 4, 2020 | Central Park to Union Square, Manhattan | *People*, ¶ 68, 390-393 *Payne*, ¶ 78 |
| 79 | November 5, 2020 | West Village to Union Square, Manhattan | *People*, ¶ 69 *Payne*, ¶ 79 |
| 80 | December 2, 2020 | Staten Island | *Sow*, ¶ 106 |
| 81 | December 11, 2020 | Downtown Brooklyn | *People*, ¶ 70 |
| 82 | January 12-16, 2021 | Downtown Brooklyn | *Payne*, ¶ 138 |
| 83 | January 18, 2021 | Barclays Center, Brooklyn to City Hall Park, Manhattan | *People*, ¶¶ 71, 112-113 394-398 *Payne*, ¶¶ 80, 139-140 *Rolon*, ¶144 |
| 84 | February 12, 2021 | Manhattan, Midtown near 54th street and 6th avenue | *Rolon*, ¶136 |

5