UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANET BURNS, et. al.,<br><br>                        Plaintiffs,<br><br>        -against-<br><br>CITY OF NEW YORK, et al.,<br><br>                       Defendants. | 25-CV-1999 (GHW) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge**:

The Clerk of Court is respectfully requested to lift the current stay in this case (ECF 25).

Pending before the Court is Defendant's letter motion requesting a stay of discovery (ECF 35)

until the Court reaches a decision on the pending Motion To Dismiss (ECF 32). Plaintiff shall file

any response to Defendant's letter motion to stay discovery by **November 26, 2025.**

Dated: November 18, 2025
      New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge