UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JANET BURNS, et. al.,

                Plaintiffs,

      -against-

CITY OF NEW YORK, et al.,

               Defendants.

---

25-CV-1999 (GHW) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge**:

The initial complaint in against Defendants in this action included Senayda Recinos as a plaintiff. (*See* ECF 1, Compl. ¶ 27.) Recinos was not included in the Second Amended Complaint ("SAC") filed on July 23, 2025. (*See* ECF 22, SAC.) Recinos has not been terminated on the docket. Accordingly, the Clerk of Court is respectfully requested to terminate Senayda Recinos from the docket.

Dated: July 21, 2026
     New York, NY

SO ORDERED.

_____

**ROBYN F. TARNOFSKY**
United States Magistrate Judge