

**STEVEN BANKS**
*Corporation Counsel*

**T**HE **C**ITY OF **N**EW **Y**ORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NEW YORK 10007

**ZOE RESZYTNIAK**
*Assistant Corporation Counsel*
phone: (212) 356-2547
fax: (212) 356-3509
zreszytn@law.nyc.gov

July 30, 2025

**<u>VIA ECF</u>**
Honorable Robyn F. Tarnofsky
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    <u>Burns, et al., v. the City of New York, et al.,</u>
25 Civ. 01999 (GHW) (RFT)

Your Honor:

I am one of the attorneys in the Special Federal Litigation Division of the New York City Law Department representing Defendants the City of New York ("City"), former Mayor Bill De Blasio, former New York City Police Department Commissioner Dermot Shea, and former New York City Police Department Chief of Department Terence Monahan (hereinafter "Defendants") in the above-referenced matter. Defendants write jointly with Plaintiffs to respectfully request a thirty-three (33) day extension of time for the parties to file their objections to Your Honor's July 23, 2026 Report and Recommendation, from August 6, 2026 to September 8, 2026.[1] This is the first such request.

By way of brief background, on March 10, 2025, Plaintiffs initiated this action alleging violations to their civil rights in connection with their participation in protests occurring between May 28, 2020 and November 5, 2020 at various locations in New York City. (<u>See</u> ECF No. 1). Following the filing of two amended pleadings, Defendants filed a Motion to Dismiss ("Defendants' Motion") the operative Second Amended Complaint. (<u>See</u> ECF No. 32). Recently, on July 23, 2026, Your Honor issued a Report and Recommendation, recommending Defendants' Motion be granted in part and denied in part. (<u>See</u> ECF No. 42). As observed in the Report and Recommendation, any objections are to be filed by August 6, 2026. (<u>See id.</u>).

The parties respectfully request a thirty-day extension of time to file their objections to the Report and Recommendation as they require additional time to sufficiently prepare and finalize their respective arguments. Further, the proposed extension will also allow for anticipated

---

[1] A thirty-three (33) day extension is requested because a thirty (30) day extension would bring this deadline to September 5, 2026, which is a Saturday, and Monday, September 7, 2026 is a federal holiday.

developments in the <u>Ndiaye</u> matter to materialize, which may be instructive to how the parties proceed in this matter moving forward.

Accordingly, the parties respectfully request that the deadline to file their objections to the July 23, 2026 Report and Recommendation be extended from August 6, 2026 to September 8, 2026.

Thank you for your time and consideration.

Respectfully submitted,

/s/ *Zoe Reszytniak*

Zoe Reszytniak
*Assistant Corporation Counsel*
Special Federal Litigation Division

CC:   <u>**VIA ECF**</u>
Counsel of Record

2