**STEVEN BANKS**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NEW YORK 10007

**ZOE RESZYTNIAK**
*Assistant Corporation Counsel*
phone: (212) 356-2547
fax: (212) 356-3509
zreszytn@law.nyc.gov

October 13, 2026

**VIA ECF**
Honorable Gregory H. Woods
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Burns, et al., v. the City of New York, et al., 25 Civ. 01999 (GHW) (RFT)

Your Honor:

I am one of the attorneys in the Special Federal Litigation Division of the New York City Law Department representing Defendants the City of New York ("City"), former Mayor Bill De Blasio, former New York City Police Department Commissioner Dermot Shea, and former New York City Police Department Chief of Department Terence Monahan (hereinafter "Defendants") in the above-referenced matter. Defendants write jointly with Plaintiffs pursuant to the Court's July 30, 2026 Order (See ECF No. 44).

By way of brief background, on March 10, 2025, Plaintiffs initiated this action alleging violations to their civil rights in connection with their participation in protests occurring between May 28, 2020 and November 5, 2020 at various locations in New York City. (See ECF No. 1). Following the filing of two amended pleadings, Defendants filed a Motion to Dismiss ("Defendants' Motion") the operative Second Amended Complaint. (See ECF No. 32). On July 23, 2026, Your Honor issued a Report and Recommendation (hereinafter "July 23, 2026 Report and Recommendation"), recommending Defendants' Motion be granted in part and denied in part. (See ECF No. 42). The Report and Recommendation advised that any objections were to be filed by August 6, 2026. (See id.). On July 30, 2026, the parties jointly requested a thirty (30) day extension of time to file their anticipated objections to the July 23, 2026 Report and Recommendation to afford them additional time to brief their arguments and to allow for any developments in the Ndiaye matter to transpire, as they could inform the parties' decisions on how to proceed in this matter moving forward. (See ECF No. 43). The Court stayed "this action to allow for those 'anticipated developments... to materialize[,]" and further directed the parties "to file a joint status letter updating on the Court on the need for further briefing on the pending motion to dismiss no later than October 13, 2026." (See ECF No. 44).

The parties write to advise that the parties in Ndiaye matter have reached a settlement agreement and are in the process of finalizing the associated paperwork. Defendants intend to proceed with filing objections to the July 23, 2026 Report and Recommendation. Defendants respectfully request two (2) weeks from today's date to October 27, 2026, to file their objections. Once a final decision is issued by the Court regarding the July 23, 2026 Report and Recommendation, Defendants are amenable to exploring the possibility of a resolution of those claims via settlement.

Plaintiffs also intend to object to the R&R, but believe that exploration of settlement will be far more efficient — and save the Court and parties' time, particularly given the fact that attorneys' fees will inevitably be a relevant piece of any settlement discussion. The R&R here applied, directly, the decision in Ndiaye. And in Ndiaye — a case with more significant injuries than any here — the same counsel were able to achieve a settlement for the relevant plaintiff at $80,000.00. Accordingly, Plaintiff believes the Court should direct the parties to explore settlement first.

It is Defendants' position that proceeding with settlement negotiations would be premature at this juncture. Defendants cannot evaluate Plaintiffs' claims for settlement purposes before a final decision is issued as to which of their claims will survive dismissal. As such, Defendants believe that motion practice should reach its ultimate conclusion before negotiations are to commence.

Thank you for your time and consideration.

Respectfully submitted,

/s/ *Zoe Reszytniak*

Zoe Reszytniak
*Assistant Corporation Counsel*
Special Federal Litigation Division

**CC:** **VIA ECF**
Counsel of Record