USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/25/2026

**MEMORANDUM ENDORSED**

**STEVEN BANKS**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NEW YORK 10007

**ZOE RESZYTNIAK**
*Assistant Corporation Counsel*
phone: (212) 356-2547
fax: (212) 356-3509
zreszytn@law.nyc.gov

November 24, 2026

**VIA ECF**
Honorable Gregory H. Woods
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Burns, et al. v. the City of New York, et al.
25 Civ. 01999 (GHW) (RFT)

Your Honor:

I am one of the attorneys in the Special Federal Litigation Division of the New York City Law Department representing Defendants the City of New York ("City"), former Mayor Bill De Blasio, former New York City Police Department Commissioner Dermot Shea, and former New York City Police Department Chief of Department Terence Monahan (hereinafter "Defendants") in the above-referenced matter. Defendants write on behalf of the parties to respectfully request a joint eight (8) day extension to file their respective Oppositions to the Objections to the Court's July 23, 2026 Report and Recommendation, from November 30, 2026, to December 8, 2026, for the reasons detailed herein. This is the first such request. The parties submit this request jointly and both consent.

By way of brief background, on November 16, 2026, the parties respectively filed Objections to the Court's July 23, 2026 Report and Recommendation. (See ECF Nos. 47, 48). Pursuant to Federal Rule of Civil Procedure 72(b)(2), oppositions to opposition briefs to any objections to rulings by Magistrate Judges are due within fourteen days after service thereof. As applicable here, the operative date is November 30, 2026.

The parties respectfully request a brief eight (8) day extension to file their anticipated Oppositions to the other party's Objections to the July 23, 2026 Report and Recommendation because of the upcoming holiday on November 26, 2026, and defense counsel's previously scheduled vacation from November 24th, 2026 to December 2, 2026. As both parties' Objections were just filed last week and the Thanksgiving holiday/defense counsel's period of time out of office without reliable internet access, an additional eight (8) days to submit their Oppositions is necessary to allow for sufficient time to research, draft and file the anticipated briefs.

Accordingly, the parties respectfully request an eight (8) day extension to file their Oppositions to the other party's Objections to the Court's July 23, 2026 Report and Recommendation, from November 30, 2026, to December 8, 2026.

Thank you for your time and consideration.

Respectfully submitted,

/s/ Zoe Reszytniak

Zoe Reszytniak
*Assistant Corporation Counsel*
Special Federal Litigation Division

**CC:** **VIA ECF**
Counsel of Record

Application granted. The parties' deadline to file their oppositions is extended from November 30, 2026 to December 8, 2026. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 49.

SO ORDERED.

Dated: November 25, 2026

GREGORY H. WOODS
United States District Judge